**Order entered August 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00607-CV

### PETER BEASLEY, Appellant

### V.

### SOCIETY OF INFORMATION MANAGEMENT, DALLAS AREA CHAPTER; JANIS O'BRYAN AND NELLSON BURNS, Appellees

On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-1 8-05278

## ORDER

Before the Court is appellee's July 9, 2019 motion to extend briefing deadline and appellant's July 11, 2019 response. The motion has not previously been determined pending the filing of an amended notice of appeal by appellant. The amended notice has now been filed. We rule as follows.

As appellant filed his brief before the amended notice of appeal, we **ORDER** appellant to file any amended brief no later than September 3, 2019. We **ORDER** appellees to file their brief within thirty days of the filing of appellant's amended brief or September 18, 2019, whichever is later.

/s/     KEN MOLBERG
        JUSTICE